JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE CO., INC., | Case No. 2:25-cv-01358-SB-ADS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| 6317 FLORA AVE LLC et al., | |
| Defendants. | |

The parties filed a notice of settlement on October 21, 2025.  This action is therefore dismissed in its entirety without prejudice.  The Court retains jurisdiction for 45 days for the parties to finalize the settlement (i.e., until December 5, 2025).  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on December 6, 2025.  The deadlines to file supplemental briefing (Dkt. Nos. 58, 59) are vacated; however, if any party moves to reopen the case on or before December 5, the parties shall file the supplemental filings within seven days of the motion to reopen and should be prepared for an expedited trial schedule.

Date: October 21, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1